PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS LUCKY LOZANO,<br><br>Defendant. | CASE NO. 1:22-CR-00238-JLT<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>DATE: July 10, 2023<br>TIME: 10:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on July 10, 2023.

2. By this stipulation, the government now moves to continue the sentencing until July 17, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

    a) On July 4, 2023, the probation officer indicated he had to take leave and would be returning on July 10, 2023. Accordingly, the probation officer is unable to file a dispositional memorandum associated with this case prior to the sentencing hearing as currently scheduled on July 10, 2023.

    b) The government requests a continuance to allow the probation officer additional

STIPULATION CONTINUING STATUS CONFERENCE     1

time to prepare the dispositional memorandum.

        c)       The defendant does not object to the continuance.

IT IS SO STIPULATED.

Dated:  July 5, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

Dated:  July 5, 2023

/s/ KARA OTTERVANGER
KARA OTTERVANGER
Counsel for Defendant
NICHOLAS LUCKY LOZANO

**ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:  **July 5, 2023**

UNITED STATES DISTRICT JUDGE